# Court of Appeals
# of the State of Georgia

ATLANTA,  March 07, 2022

*The Court of Appeals hereby passes the following order:*

**A22D0257. CHRISTOPHER BUTLER v.  THE STATE.**

In 2019, Christopher Butler was convicted of possession of cocaine with the intent to distribute, possession of methamphetamine, possession of a Schedule IV controlled substance, and possession of a firearm by a convicted felon. After the denial of his motion for new trial, Butler appealed to this Court. We affirmed his convictions in an unpublished opinion on October 20, 2021. See Case No. A21A0788.  Butler filed a motion to modify his sentence, which the trial court denied on January 18, 2022. On February 14, 2022, Butler filed this timely application for discretionary appeal.

Under OCGA § 17-10-1 (f), a court may modify a sentence during the year after its imposition or within 120 days after remittitur following a direct appeal, whichever is later. See *von Thomas v. State*, 293 Ga. 569, 571 n.5 (748 SE2d 446) (2013); *Frazier v. State*, 302 Ga. App. 346, 348 (691 SE2d 247) (2010). Butler filed his motion to modify and the trial court denied that motion within 120 days after remittitur following Butler's direct appeal. Consequently, Butler was not required to file an application for discretionary appeal to challenge the trial court's order, as the denial of a timely motion to reduce or modify sentence under OCGA § 17-10-1 (f) is subject to direct appeal. See, e. g., *Bowen v. State*, 307 Ga. App. 204, 204 n. 2 (704 SE2d 436) (2010).

Under OCGA § 5-6-35 (j), this Court will grant a timely discretionary application if the lower court's order is subject to direct appeal. Accordingly, this application is hereby GRANTED. If he has not already done so, Butler should file a notice of appeal in the superior court within ten days of the date of this order. See

OCGA § 5-6-35 (g). The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,*  *03/07/2022*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*